**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSHUA JAMES LINDSEY,** | **NO. EDCV 17-00956-VBF (GJS)** |
| Petitioner, | **[Consolidated with No. EDCV 17-00975-VBF (GJS)]** |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| **DAVE DAVEY, WARDEN,** | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus [Dkt. 1, "Petition"], all other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge [Dkt. 14, "Report"]. The time for filing Objections to the Report has passed and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) Respondent's Motion to Dismiss the Petition [Dkt. 9] is GRANTED; (2) the Petition and the habeas petition filed in consolidated Case No. EDCV 17-00975-VBF (GJS) are dismissed as untimely; and (3) Judgment shall be entered dismissing this action, as well as EDCV 17-00975-VBF (GJS), with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 8, 2017

_Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE