JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA JAMES LINDSAY,** | NO. EDCV 17-00956-VBF (GJS) |
| Petitioner, | [Consolidated with No. EDCV 17-00975-VBF (GJS)] |
| v. | JUDGMENT |
| **DAVE DAVEY, WARDEN,** | |
| Respondent. | |

Pursuant to the Court's concurrently-issued Order Accepting Findings and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that this action and consolidated action EDCV 17-00975-VBF (GJS) are dismissed with prejudice.

DATED: November 8, 2017

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE